# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

December 1, 2004

Before

Hon. RICHARD A. POSNER, Circuit Judge

Hon. MICHAEL S. KANNE, Circuit Judge

Hon. ILANA DIAMOND ROVNER, Circuit Judge

No. 04-2874

| | |
|---|---|
| IN RE: SEARCH OF 2847 EAST HIGGINS ROAD, ELK GROVE VILLAGE, ILLINOIS. | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division. |
| | No. 03 M 167 |
| APPEAL OF: MICHAEL G. WELLEK. | Ronald A. Guzman, Judge. |

O R D E R

The slip opinion issued in the above-entitled cause on December 1, 2004, is amended on page 1 to reflect that this appeal is from the United States District Court for the Northern District of Illinois, Eastern Division.